UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRANT HALPERN,

*Plaintiff,*

-against-

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND RENTGROW, INC.,

*Defendants.*

**Case No. 7:2026-cv-06312 (KMK) (VR)**

## ~~PROPOSED~~ ORDER

This matter is before the Court on Plaintiff's Letter Motion to Dismiss Equifax Information Services LLC ("Motion"). The Court, having considered the Motion and for good cause shown, hereby ORDERS as follows:

1. The Motion is GRANTED.
2. All claims in this action asserted by Plaintiff Grant Halpern against Defendant Equifax Information Services LLC are DISMISSED WITH PREJUDICE.
3. Plaintiff and Equifax Information Services LLC shall bear their own costs and attorneys' fees.
4. This Order shall have no effect on Plaintiff's claims against any other party in this action.

SO ORDERED.

Hon. Kenneth M. Karas, U.S.D.J.
10/26/26